(No. 30923.—

THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, *vs.* FRANK C. SMITH, Plaintiff in Error.

*Opinion filed May 19, 1949.*

DAILY, J., took no part.

FRANK C. SMITH, *pro se.*

IVAN A. ELLIOTT, Attorney General, of Springfield, and EUGENE H. RENNICK, State's Attorney, of Toulon, for the People.

Mr. Justice Simpson delivered the opinion of the court:

By writ of error upon the common-law record, reversal is sought of a burglary sentence entered November 26, 1934, in the circuit court of Stark County, on a plea of guilty by defendant, then 37 years of age. The points raised have been passed upon by us many times. We find no error.

*Judgment affirmed.*

Mr. Justice Daily took no part in the consideration or decision of this case.